1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

JEAN CRUMP,

9              Petitioner,                    Case No.  15-cv-00960-JST (PR)

10        v.
                                             **ORDER OF TRANSFER**
11
MARVIN GARDENS HALFWAY HOUSE,
12   et al.,

13              Respondents.

14

15        Petitioner, a prisoner of the United States, has filed a petition for writ of habeas corpus in

16   this Court under 28 U.S.C. § 2241.  Petitioner is currently incarcerated at the Santa Ana Jail.  She

17   was formerly incarcerated at the United States Penitentiary in Victorville, California and the

18   Marvin Gardens Halfway House in Los Angeles, California as a result of her conviction and

19   sentence in the United States District Court for the Central District of California in 2013.  She

20   challenges the refusal of the Bureau of Prisons to transfer her to home detention.  Petitioner has

21   neither paid the filing fee, nor filed an application to proceed in forma pauperis.

22        A challenge to the execution of a federal sentence is properly brought in a petition for a

23   writ of habeas corpus under 28 U.S.C. § 2241.  See United States v. Giddings, 740 F.2d 770, 772

24   (9th Cir. 1984).  And it is preferably brought in the district of confinement.  See Dunne v.

25   Henman, 875 F.2d 244, 249 (9th Cir. 1989) (noting that even if district court has personal

26   jurisdiction over custodian, preferred forum is district where petitioner is confined); see also

27   Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("[F]or core habeas petitions challenging present

28   physical confinement, jurisdiction lies in only one district: the district of confinement.").

United States District Court
Northern District of California

Santa Ana is in Orange County, which lies in the Central District of California, Southern Division. See 28 U.S.C. § 84(c)(3). Therefore, the Court ORDERS that pursuant to 28 U.S.C. § 1404(a), the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Central District of California, Southern Division, forthwith.

Finally, the Court notes that the petition contains allegation relating to petitioner's treatment at the Santa Ana Jail. If petitioner wishes to complain about her conditions of confinement, she may file a civil rights complaint under 42 U.S.C. § 1983. See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action proper method of challenging conditions of confinement). She should file any such complaint in the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated: March 9, 2015

_____
JON S. TIGAR
United States District Judge